UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSEMARY HIBBLER, et. al. | CASE NO. C14-1969 MJP |
| Plaintiffs. | ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| VINCENT SEWELL, et. al. | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiffs' Motion for Temporary Restraining Order. (Dkt. No. 2.) On January 20, 2015, the Court entered an Order advising Plaintiffs that it would not rule on Plaintiffs' Motion for Temporary Restraining Order until Plaintiffs provided proof that the motion had been served on all Defendants. (Dkt. No. 10.) Plaintiffs have not provided proof that all Defendants have been served with the motion. Accordingly, the Court DENIES Plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 2) without prejudice. Plaintiffs may renew their motion at a later date by refiling it and properly serving Defendants.

/

/

ORDER DENYING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER- 1

The clerk is ordered to provide copies of this order to all counsel.

Dated this 30th day of January, 2015.

Marsha J. Pechman
United States District Judge